SLIP OPINION

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE THE ARKANSAS JUDGES AND LAWYERS ASSISTANCE PROGRAM COMMITTEE | **Opinion Delivered:** February 16, 2017 |

## PER CURIAM

State Representative Dan Sullivan is appointed to the Arkansas Judges and Lawyers Assistance Program Committee as a lay member, for a six-year term expiring February 28, 2023. He is replacing Anne Lynn Henry whose term has concluded.

William B. Putman is appointed to the Arkansas Judges and Lawyers Assistance Program Committee as a lawyer member, for a six- year term expiring February 28, 2023. He is replacing Jim Julian whose term has concluded.

The Honorable Melinda French is appointed to the Arkansas Judges and Lawyers Assistance Program as a lawyer member, for a six-year term expiring February 28, 2023. She is replacing J.R. Byrd whose term has concluded

Jonathan Warren is appointed to the Arkansas Judges and Lawyers Assistance Program Committee as a lawyer member, for a six-year term expiring February 28, 2023. Mr. Warren is replacing Amanda Nixon White whose term has concluded.

The court extends its sincere appreciation to Representative Sullivan, Mr. Putman,

Judge French, and Mr. Warren for accepting appointment to this important committee. The court also expresses its gratitude to Ms. Henry, Mr. Julian, Mr. Byrd, and Ms. White for their dedicated service to the committee.